# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. 1:14-CV-081 |
| | ) | |
| Plaintiff | ) | Judge BLACK |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ADRIENNE N. BROWN, | ) | |
| | ) | |
| Defendant | ) | |

---

### NOTICE OF VOLUNTARY DISMISSAL

---

COMES NOW Plaintiff, JANE DOE, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses all claims, without prejudice, against the Defendant, Adrienne N. Brown.

Respectfully submitted,

/s/ Diane E. Huff

Diane E Huff (0089634)
19 Broadcast Plaza
635 West Seventh Street, Suite 401
Cincinnati, OH 45203
Phone: 513-729-1999
Fax: 513-381-4084
dhuff@ericdeters.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was filed electronically and notice of this filing will be sent to all parties via the Court's electronic filing system and copies will be mailed via regular U.S. mail, postage pre-paid, to those parties who are not served via the Court's electronic filing system on March 28, 2014.

/s/ Diane E. Huff
Diane Huff